IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARK FITZHENRY, on behalf of himself
and others similarly situated,

   Plaintiff,

v.

THE ADT CORPORATION (f/k/a ADT
Security Services, Inc.) and SECURITY
SOLUTIONS, INC.,

   Defendants.

Civil Action No. 14-cv-80180-DMM

**PLAINTIFF'S MOTION TO STRIKE
ADT CORPORATION'S NOTICE OF SUPPLEMENAL AUTHORITY**

Pursuant to Federal Rule of Civil Procedure 12(f) and Local Rule 7.1(c), Plaintiff Mark Fitzhenry ("Plaintiff") submits his Motion to Strike Defendant ADT Corporation's Notice of Supplemental Authority in Support of its Motion to Deny Class Certification and in Opposition to Plaintiff's Motion for Class Certification (the "Notice") [ECF No. 145]. The Court should strike and disregard the Notice because it: (1) violates this Court's Local Rules, and (2) fails to meet this Court's requirements for true "supplemental" authority.

Local Rule 7.1(c) authorizes only opposing and reply briefs, and further provides that "[n]o further or additional memoranda of law shall be filed *without prior leave of Court*." L.R. 7.1(c) (emphasis added). Nonetheless, ADT Corporation filed its Notice without the Court's leave. For this reason alone, the Notice should be stricken.

In addition, ADT's purported "supplemental" authority discusses three cases that were decided *at least seven years ago*. This tactic of ADT awarding itself a *de facto* sur-reply to

Plaintiff's Motion for Class Certification is disfavored in this district. *See Girard v. Aztec RV Resort, Inc.,* 2011 U.S. Dist. LEXIS 105855 (S.D. Fla. Sept. 16, 2011) ("Turning to the practice of making supplemental filings with this Court, such supplemental filings should direct the Court's attention to legal authority or evidence that was not available to the filing party at the time that that party filed the original brief to which the subsequent supplemental filing pertains.").

Plaintiff requests that ADT Corporation's Notice of Supplemental Authority [ECF No. 145] be stricken.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Plaintiff's counsel certifies that it has conferred with ADT regarding the relief sought in the motion in a good faith effort to resolve the issues raised and has been unable to do so.

Dated: October 28, 2014                      Respectfully submitted,

*/s/ James L. Kauffman*
James L. Kauffman, FL. No. 12915
Bailey & Glasser, LLP
910 17th Street, N.W., Suite 800
Washington, DC   20006
Telephone: (202) 463-2101
Fax:  (202) 463-2103
jkauffman@baileyglasser.com

John W. Barrett
Jonathan R. Marshall
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
Telephone:  (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Geoffrey J. Moul
Brian K. Murphy
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH  43204
Telephone:  (614) 488-0400
murphy@mmmb.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA  01760
(508) 655-1415
Telephone:  (508) 655-1415
mmcue@massattorneys.net

Alexander E. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL  60601
Telephone:  (312) 729-5288
ABurke@BurkeLawLLC.com

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Telephone:  (617) 738-7089
ted@broderick-law.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2014, the foregoing was electronically filed with the Clerk of Courts via the CM/ECF System, which will send notification of such filing to the following:

Benjamin E. Kern
Benesch, Friedlander, Coplan & Aronoff, LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
bkern@beneschlaw.com

Eric Larson Zalud
David M. Krueger
Gregory Lucht
Benesch, Friedlander, Coplan and Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
ezalud@beneschlaw.com
dkrueger@beneschlaw.com
glucht@beneschlaw.com

Charles Sanders McNew
McNew P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, FL 33431
mcnew@mcnew.net

Stuart H. Singer
Carlos M. Sires
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL 33301

*Counsel for ADT Corporation*

David P. Reiner, II
Reiner & Reiner PA
9100 S Dadeland Boulevard, Suite 901
Miami, FL 33156
dpr@reinerslaw.com

*Counsel for Security Solutions, Inc.*

/s/ *James L. Kauffman*
James L. Kauffman