IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARK FITZHENRY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.                                                  Civil Action No. 14-cv-80180-DMM

THE ADT CORPORATION (f/k/a ADT
Security Services, Inc.) and SECURITY
SOLUTIONS, INC.,

    Defendants.

## Stipulation of Dismissal with Prejudice

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action stipulate to the dismissal, with prejudice, of all claims set forth in the Complaint. The parties recognize that the Court has denied Plaintiff's Motion for Class Certification and granted Defendants' motion to deny class certification of the class alleged in the Complaint, state that no payment has been made to the Plaintiff, and accordingly stipulate to dismissal of this action with prejudice as against all defendants, with each party to bear its own fees and costs.

Stipulated: November 5, 2014                 Respectfully submitted,

                                                                     */s/ James Kauffman*
                                                                     James L. Kauffman
                                                                     **Bailey & Glasser, LLP**
                                                                     910 17th Street, N.W., Suite 800
                                                                     Washington, DC 20006
                                                                     Telephone: (202) 463-2101
                                                                     jkauffman@baileyglasser.com

745431

John W. Barrett
**Bailey & Glasser, LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Geoffrey J. Moul
Brian K. Murphy
**Murray Murphy Moul + Basil LLP**
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: (614) 488-0400
murphy@mmmb.com

Matthew P. McCue
**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

Alexander E. Burke
**Burke Law Offices, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
ABurke@BurkeLawLLC.com

Edward A. Broderick
Anthony Paronich
**Broderick Law, P.C.**
125 Summer St., Suite 1030
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

*Counsel for Plaintiff Mark Fitzhenry*

*/s/ Stuart H. Singer*
Stuart H. Singer
Carlos M. Sires
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL   33301

2

745431

Benjamin E. Kern
Benesch, Friedlander, Coplan & Aronoff, LLP
41 South High Street, Suite 2600
Columbus, OH  43215-6164
bkern@beneschlaw.com

Eric Larson Zalud
David M. Krueger
Gregory Lucht
Benesch, Friedlander, Coplan and Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH  44114
ezalud@beneschlaw.com
dkrueger@beneschlaw.com
glucht@beneschlaw.com

Charles Sanders McNew
McNew P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, FL   33431
mcnew@mcnew.net

*Counsel for ADT Corporation*

*/s/ David P. Reiner*
David P. Reiner, II
Reiner & Reiner PA
9100 S Dadeland Boulevard, Suite 901
Miami, FL   33156
dpr@reinerslaw.com

*Counsel for Security Solutions, Inc.*

745431