UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-80180-MIDDLEBROOKS/BRANNON

MARK FITZHENRY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

THE ADT CORPORATION (f/k/a ADT
Security Services, Inc.) and SECURITY
SOLUTIONS, INC.,

    Defendants.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal With Prejudice. (DE 153). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 7th day of November, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record